**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 22-1951**

_____

COMMONWEALTH OF VIRGINIA,

        Plaintiff - Appellee,

   v.

PATRICK LOCKHART,

        Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Michael Stefan Nachmanoff, District Judge.  (1:22-cv-00808-MSN-IDD)

_____

Submitted:  March 31, 2023                      Decided:  April 4, 2023

_____

Before DIAZ and THACKER, Circuit Judges, and KEENAN, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Patrick Lockhart, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Patrick Lockhart appeals the district court's orders (a) remanding to state court Lockhart's criminal prosecution on two misdemeanor charges, which Lockhart attempted to remove to federal court pursuant to 28 U.S.C. § 1443(1); and (b) denying Lockhart's motion for reconsideration of the remand ruling. We have reviewed the record and discern no error in the court's rulings. Accordingly, we affirm the district court's orders. *Virginia v. Lockhart*, No. 1:22-cv-00808-MSN-IDD (E.D. Va. Aug. 5, 2022 & Sept. 1, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*